**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorilee Immel, | No. CV-08-0509-PHX-LOA |
| Plaintiff, | **ORDER** |
| vs. | |
| Hartford Life & Accident Insurance Company; Long-Term Disability Plan of Jones, Skelton & Hochuli, P.L.C., | |
| Defendant. | |

Plaintiff has now properly submitted her written election to consent to magistrate judge jurisdiction. (docket #10)

**IT IS ORDERED discharging** the Court's Order to Show Cause issued to Plaintiff and her counsel on April 10, 2008. (docket #9).

DATED this 17th day of April, 2008.

/s/ Lawrence O. Anderson
Lawrence O. Anderson
United States Magistrate Judge